SEABOARD TERMINAL & REFRIGERATION COMPANY, INC., Respondent, v. SAMUEL MEIERFELD, Appellant.— Order modified by providing that issue remain as of original date and cause retain its place on calendar, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

JERRY & HERBERT LEHMANN, INC., Respondent, v. TURTLE BROTHERS, INC.; Appellant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and the motion in all respects granted. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH P. BARTRAM and RENSSELAER W. BARTRAM, as Executors, etc., of ELEANOR C. BARTRAM, Deceased, Former Trustee, and Another, Appellants, v. HOWARD P. BARTRAM, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

P. V. BARANOWSKY COMPANY v. GUARANTY TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the BANK OF NEW YORK AND TRUST COMPANY (Formerly NEW YORK LIFE INSURANCE AND TRUST COMPANY), as Trustee, etc., of JOHN DUER, Deceased. ALEXANDER DUER, Appellant; BANK OF NEW YORK AND TRUST COMPANY, as Trustee, etc., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

337–339 EAST THIRTIETH STREET CORPORATION v. DETROIT FIDELITY AND SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JEROME WILE and Others v. BURNS BROS., Impleaded with Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANCIS X. McQUADE v. CHARLES A. STONEHAM and JOHN J. McGRAW.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JACOB TERNER v. EDWARD GLICKSTEIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SIMEON NIKULNIKOFF v. RUSSIAN ORTHODOX DIOCESAN TRUSTEES, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.